### UNITED STATES of America, Plaintiff–Appellee,

v.

### Jose Antonio GUERRERO–CHAVEZ, Defendant–Appellant.

### No. 07–2266.

United States Court of Appeals, Tenth Circuit.

Oct. 30, 2008.

Laura Fashing, Office of the United States Attorney, Albuquerque, NM, Mick I.R. Gutierrez, United States Atttorneys Office, Las Cruces, NM, for Plaintiff–Appellee.

Leon Schydlower, Schydlower Harbour, El Paso, TX, for Defendant–Appellant.

Before HENRY, Chief Judge, TYMKOVICH, Circuit Judge, and LEONARD,* District Judge.

### ORDER AND JUDGMENT**

TYMKOVICH, Circuit Judge.

This matter is before the court following our receipt of notice that defendant Jose

---

orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3. In addition, we note that by order of the court dated October 14, 2008, this matter was submitted on the briefs. *See* Fed. R.App. P. 34(a)(2)(C); 10th Cir. R. 34.1(G).

Antonio Guerrero–Chavez was deported to Mexico on August 13, 2008. In an order dated October 15, 2008, we directed the parties to file written responses addressing whether the appeal is now moot. On October 22, the government filed a response confirming the deportation and requesting dismissal of the appeal on mootness grounds. *See United States v. Vera–Flores,* 496 F.3d 1177, 1180–81 (10th Cir. 2007). Counsel for Mr. Guerrero–Chavez joins in that assessment.

Accordingly, this appeal is DISMISSED. The mandate shall issue forthwith.